ELLA MARTIN, an Infant, by STEPHEN J. MARTIN, Her Guardian ad Litem, Respondent, v. H. C. F. KOCH & Co., INC., Defendant.

FANNIE HOROVITZ, Appellant.

*Attorney and client — contract by guardian ad litem of infant to pay contingent fee — appeal from order allowing lesser amount.*

*Martin* v. *Koch & Co.*, 220 App. Div. 707, affirmed.

(Submitted October 5, 1927; decided October 25, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 14, 1927, which affirmed an order of Special Term fixing an attorney's fees in an action to recover damages for personal injuries sustained by an infant.   The guardian *ad litem* had entered into a contract to pay a contingent fee of forty per cent of any amount recovered.   Upon a recovery of $12,000 the court allowed the sum of $2,000 for counsel fees and disbursements.

*Samuel Deutsch* and *Fannie Horovitz* for appellant.

No one for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.